# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
United States Post Office & Courthouse
Newark, New Jersey 07101

JURY COMMUNICATION # __1__

DATE __6/16/09__

TIME __12:55__

Can we have a transcript of Karen St Jean's testimony when she was on the stand?

Answer: Is there a particular portion of Ms. St. Jean's testimony that you want or do you want the entire transcript?

the entire transcript, if we could.