McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Attorneys for Defendant,
Hillstone Restaurant Group d/b/a Houston's

| | |
|---|---|
| BRIAN PIETRYLO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HILLSTONE RESTAURANT GROUP d/b/a HOUSTON'S, <br><br> Defendant. | Hon. Faith S. Hochberg, U.S.D.J. <br> Hon. Patty Shwartz, U.S.M.J. <br><br> Civil Action No. 06-5754 (FSH) <br><br> **STIPULATION OF DISMISSAL** |

It is hereby stipulated by and between the attorneys for the respective parties that the Complaint shall be and is hereby dismissed with prejudice and without attorneys' fees or costs to either party as against the other, and that the parties waive this Court's further jurisdiction over this action.

Ramp & Pisani, LLC
Attorneys for Plaintiffs,
Brian Pietrylo and
Doreen Marino

BY: _____
Fred Pisani, Esq.

McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Attorneys for Defendant,
Hillstone Restaurant Group Inc.
d/b/a Houston's

BY: _____
Donna duBeth Gardiner, Esq.

DATED: _November 12, 2009_   DATED: _____